UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LIVE TRAFFIC DATA CORP. d/b/a SIGPAT,
                          Plaintiff,

v.
                                   **ORDER**

EBERLE DESIGN, INC.,
                          Defendant.          20 CV 9585 (VB)
--------------------------------------------------------------x

       On December 11, 2020, defendant filed a motion to dismiss the complaint. (Doc. #10).

       By Order dated December 14, 2020, the Court instructed plaintiff, who is represented by counsel, to notify the Court, by no later than December 21, 2020, whether it will (i) file an amended complaint or (ii) rely on the complaint that is the subject of defendant's motion. (Doc. #16). On December 21, 2021, plaintiff wrote the court indicating it intended to file an amended complaint, and it requested an extension of time to do so. (Doc. #15). The Court granted plaintiff's request by order dated December 21, 2021. (Doc. #16).

       On January 4, 2021, plaintiff timely filed its amended complaint. (Doc. #16). On February 24, 2021, defendant moved to dismiss the amended complaint. (Doc. #20).

       On March 5, 2021, plaintiff requested an extension of its deadline to oppose defendant's motion. (Doc. #23). On March 6, 2021, the Court granted plaintiff's request. Accordingly, plaintiff had until April 1, 2021 to oppose defendant's motion to dismiss.

       To date, plaintiff has not filed an opposition to defendant's motion.

       The Court sua sponte extends plaintiff's time to oppose the motion to dismiss to **April 8, 2021**. **If plaintiff fails to oppose the motion by April 8, 2021, the motion will be considered fully submitted and unopposed.**

       If plaintiff opposes the motion, defendant's reply, if any, shall be due April 15, 2021.

Dated: April 2, 2021
       White Plains, NY

                                                       SO ORDERED:

                                                        Vincent L. Briccetti
                                                       United States District Judge